

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-12-00434-CV

**SERENGETI RESORT**, LLC and Lori Hagee,
Appellants

v.

**ESPERANZA PROPERTIES, LP**, Esperanza Properties GP, and Louis Scott Felder,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-094
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Post Submission Letter is GRANTED.

It is ORDERED on this 22nd day of January, 2014.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court